IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WADE HORTON,<br><br>　　Plaintiff,<br><br>v.<br><br>MACON-BIBB COUNTY<br>TRANSIT AUTHORITY,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 5:20-cv-00347-TES<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Wade Horton and the Defendant Macon-Bibb County Transit Authority hereby dismiss the above-captioned civil action WITH PREJUDICE, each party to pay its own costs and fees.

SO STIPULATED this 29th day of January, 2021.

| | |
|---|---|
| Georgia Lord<br>Georgia Bar No. 447932<br>RADFORD & KEEBAUGH, LLC<br>315 West Ponce de Leon Avenue<br>Suite 1080<br>Decatur, GA 30030<br>T: (678) 271-0305<br>F: (678) 271-0309<br>E: georgia@decaturlegal.com | David A. Cole<br>Georgia Bar No. 142383<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339<br>T: (770) 818-0000<br>F: (770) 937-9960<br>E: dcole@fmglaw.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WADE HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:20-cv-00347-TES |
| | ) |
| MACON-BIBB COUNTY | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF e- system, which will automatically send an e-mail notification of such filing to all attorneys on record.

This 29th day of January, 2021.

/s/ Andrew J. Kim
Andrew J. Kim
Georgia Bar No. 488753
David A. Cole
Georgia Bar No. 142383
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339
T: (770) 818-0000
F: (770) 937-9960

*Attorney for Defendants*